DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEDY ARISTILDE,**
Appellant,

v.

**ANGELA BRITO,**
Appellee.

No. 4D2025-2408

[March 26, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John M. Alexander, Judge; L.T. Case No. 502022DR006937XXXXSB.

Ledy Aristilde, Boynton Beach, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and GERBER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***